Filed 07/02/10          Case 09-01139          Doc 54

2009-01139 FILED July 02, 2010 CLERK, U.S. BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA 0002749702

Hilton A. Ryder, # 54470
David L. Emerzian, #222930
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Plaintiffs
CHARLES CLABORN, STEVE ESPINOZA, HELEN GARDNER, and RIVERPARK ASSOCIATES, LLC

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

Fresno Division

| | |
|---|---|
| In Re<br><br>WADE ALAN HANSON and<br>GAIL JUDITH HANSON<br><br>Debtor. | Case No. 09-13200-B-7 |
| CHARLES CLABORN, STEVE ESPINOZA, HELEN GARDNER and RIVERPARK ASSOCIATES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>WADE ALAN HANSON,<br><br>Defendant. | Adversary Proceeding # 09-01139-B<br><br>Docket Control #HAR-1 |

### JUDGMENT

The Court issued an Order Granting Plaintiffs' Motion for Summary Judgment and its findings of facts and conclusion of law required by FRBP 7052 holding that the pre-petition judgment against Defendant WADE ALAN HANSON, in Fresno Superior Court Case No. 08 CECG 03346 DRF, is non-dischargeable,

**NOW THEREFORE IT IS ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

McCormick, Barstow,
Sheppard Wayte &

RECEIVED July 01, 2010 CLERK, U.S. BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA 0002749702

JUDGMENT

1. The judgment of Plaintiffs CHARLES CLABORN, STEVE ESPINOZA, RIVERPARK ASSOCIATES, LLC, and HELEN GARDNER (hereinafter collectively "Plaintiffs") and against Defendant WADE HANSON, entered on December 11, 2008, in Superior Court Case No. 08 CECG 03346 DRF, attached hereto as Exhibit A, ("State Court Judgment") is hereby determined to be a non-dischargeable judgment. Plaintiffs may take any and all action available under State law to collect on the State Court Judgment `provided*`

2. That Plaintiffs are awarded fees and costs associated with the above-captioned action, which fees and costs shall be added to and become part of the State Court Judgment.

Submitted by:

_____
Hilton A. Ryder
Attorneys for CHARLES CLABORN,
STEVE ESPINOZA, HELEN GARDNER, and
RIVERPARK ASSOCIATES, LLC

```
the Plaintiffs may file a proof of claim, but may not otherwise
attempt to enforce their state court judgment against property
of the bankruptcy estate or interfere with the Trustees's power
and duty to administer the estate.
```

Dated: July 02, 2010

_____
W. Richard Lee
United States Bankruptcy Judge

25010/00000-1582152.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

EXHIBIT "A" Page 1 of 4

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | Victoria R. Allard-Bernhardt<br>McCormick, Barstow, Sheppard,<br>Wayte & Carruth LLP<br>P.O. Box 28912<br>5 River Park Place East<br>Fresno, CA 93720-1501<br>Telephone: (559) 433-1300<br>Facsimile: (559) 433-2300<br><br>Attorneys for Petitioners<br>CHARLES CLABORN, STEVE ESPINOZA, and<br>HELEN GARDNER | (SPACE BELOW FOR FILING STAMP ONLY)<br><br>FILED<br>DEC 1 1 2008<br>FRESNO COUNTY SUPERIOR COURT<br>By_____<br>MMD - DEPUTY |

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF FRESNO

| | |
|---|---|
| CHARLES CLABORN, STEVE ESPINOZA, and HELEN GARDNER,<br><br>　　　　Petitioners,<br><br>v.<br><br>WADE HANSON and GAYLE HANSON,<br><br>　　　　Respondents. | Case No. 08CECG03346 DRF<br><br>**JUDGMENT ON ARBITRATION AWARD**<br><br>Date: December 2, 2008<br>Time: 3:30 p.m.<br>Dept.: 97D |

　　　　The motion of Petitioners/Plaintiffs, CHARLES CLABORN, STEVE ESPINOZA, and HELEN GARDNER, for an order confirming the Interim Arbitration Award dated July 3, 2008 and Final Arbitration Award dated September 12, 2008, came on regularly for hearing before the undersigned on December 2 2008, upon notice duly and regularly given. Petitioners/Plaintiffs appeared by Victoria R. Allard-Bernhardt, their counsel, and Defendants/Respondents appeared by David M. Gilmore, their counsel. Evidence both oral and documentary was introduced and the matter was argued and submitted. Good cause appearing therefore,

　　　　NOW THEREFORE IT IS ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

　　　　1.　　Petitioners/Plaintiffs, CHARLES CLABORN, STEVE ESPINOZA, and HELEN GARDNER, and Respondents/Defendants, WADE HANSON and GAYLE HANSON, entered into a written agreement to arbitrate all matters, claims, causes of actions, liability and damages issues, arising out of the disputes which have arisen over the management, control and operations

1  of Riverpark Associates, LLC, and submit to a binding arbitration as to all issues, causes of
2  actions, claims and damages of all forms, arising out of the formation, management, control and
3  operations of Riverpark Associates, LLC, pursuant to Paragraph 11.2, of the Operating
4  Agreement for Riverpark Associates, LLC.

5      2.    On about May 13, 14, 19, 22, 2008, and June 14, 2008, and September 11, 2008,
6  the arbitrator conducted hearings wherein witnesses were called and evidence was presented by
7  Petitioners and Respondents.

8      3.    That on July 7, 2008, the arbitrator rendered his Interim Arbitration Award,
9  finding in favor of Petitioners and Riverpark Associates LLC.

10     4.    That on September 12, 2008, the arbitrator rendered his Final Arbitration Award,
11 finding in favor of Petitioners and Riverpark Associates LLC.

12     5.    That proper evidence having been submitted, the awards of the arbitrator dated
13 July 3, 2008, and September 12, 2008, be and the same are hereby confirmed and Judgment is
14 ordered to be entered as follows:

In favor of CHARLES CLABORN and against WADE HANSON as follows:

| | |
|---|---|
| DAMAGES: | $22,000.00 |
| PRE ARBITRATION AWARD INTEREST: | $ 4,612.46 |
| POST-ARBITRATION INTEREST (10% 9/12/08-12/2/08) | $ 590.57 |
| TOTAL | $27,203.03 |

The amount awarded herein shall bear interest at the legal rate of 10% per annum from the date hereon.

In favor of CHARLES CLABORN, STEVE ESPINOZA AND HELEN GARDNER and against WADE HANSON as follows:

| | |
|---|---|
| DAMAGES (ATTORNEY FEES & COSTS) | $82,084.50 |
| POST-ARBITRATION ATTORNEY FEES & COSTS | $ ~~2,280.00~~ $1,080 (DF) |
| POST-ARBITRATION INTEREST (10% 9/12-12/2/08) | $ 1,872.19 |
| TOTAL | ~~$86,236.69~~ $85,036.69 |

The amount awarded herein shall bear interest at the legal rate of 10% per annum from the date hereon.

In favor of RIVERPARK ASSOCIATES LLC and against WADE HANSON as follows:

| | |
|---|---|
| DAMAGES: | $233,309.92 |
| PUNITIVE DAMAGES | $125,000.00 |
| PRE ARBITRATION AWARD INTEREST: | $ 2,492.81 |
| POST-ARBITRATION INTEREST (10% 9/12-10/23/08) | $ 8,006.85 |
| TOTAL | $368,809.58 |

The amount awarded herein shall bear interest at the legal rate of 10% per annum from the date hereon.

Dated: 12-11-08, 2008

DONALD R. FRANSON JR.
JUDGE OF THE SUPERIOR COURT

1317658.v1